# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY BUTLER, an individual, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　vs.<br>SAN DIEGO DISTRICT ATTORNEYS OFFICE, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 01cv2087 BTM(JMA)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Pursuant to the Court's order filed on October 25, 2006, the Clerk shall enter judgment in favor of Defendants Keith Burt, Edward Cervantes, the County of San Diego, the San Diego District Attorney's Office, the City of San Diego, and the San Diego Police Department and against Plaintiffs. The Clerk shall also enter judgment dismissing Plaintiffs' claims against Darin Palmer with prejudice. The Court does not certify these judgments as final pursuant to Fed. R. Civ. P. 54(b).

DATED: November 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge